IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| REBECCA CLARK, JENNIFER FRASIER and DUSTIN BRADLEY SAVAGE, | § § § § |
| Plaintiffs, | § § |
| vs. | §    Civil Action No. 5:24-cv-05133-TLB § § |
| DOLGENCORP, LLC d/b/a DOLLAR GENERAL, | § § § § |
| Defendant. | |

**MOTION TO APPEAR *PRO HAC VICE***

COMES NOW, Dylan J. Botteicher files this Motion for Cory R. Ford to appear pro hac vice on behalf of Defendant Dolgencorp, LLC, pursuant to Local Rule 83.5(d) and moves for the admission pro hac vice, of the following attorney to represent it, and appear and participate on its behalf in this case:

1.  Dylan J. Botteicher is an attorney licensed to practice law in the State of Arkansas and has been licensed since 2017.

2.  Mr. Ford is a resident of Texas. He was admitted to the State Bar of Texas on October 30, 2020. He is a member in good standing of the State Bar of Texas, having graduated from the University of Miami in 2020. He is admitted to practice before the Texas Supreme Court, the United States District Court for the Northern, Southern, Eastern and Western Districts of Texas; and the Fifth Circuit Court of Appeals. He is of good moral and professional character.

4.  Mr. Ford has not been the subject of any disciplinary proceedings, investigation, action, or grievance procedure, has not been disbarred in other courts, and has not been denied

admission to the courts of any states or any court of the United States. Mr. Ford is competent to practice before this Court. Subject to the investigation of his fitness, competency and qualifications, he should be granted admission to the Bar of this Honorable Court.

5.     Mr. Ford is an Associate Attorney at McGuireWoods, LLP, 2000 McKinney Avenue, Suite 1400, Dallas, Texas 75201. Mr. Ford submits to all disciplinary procedures applicable to Texas lawyers.

6.     Attached as Exhibit A is a Declaration from Mr. Ford, which is incorporated herein by reference. Attached to the Declaration is a Certificate of Good Standing from the Texas Supreme Court for Mr. Ford, which is incorporated herein by reference.

WHEREFORE, Dylan J. Botteicher moves this Honorable Court to admit Cory R. Ford as counsel for Defendant Dolgencorp, LLC.

Dated: July 3, 2024

Respectfully submitted,

Dylan J. Botteicher (ABN 2017170)
COX, STERLING, VANDER &
BOTTEICHER, PLLC
8201 Cantrell Rd., Suite 230
Little Rock, AR 72227
(501) 954-8073
Email: djbotteicher@csmfirm.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, a true and correct copy of the foregoing was served via the Court's electronic filing and notification system, as follows:

Ethan C. Nobles
Nobles Law Firm, PLLC
210 W. Sevier Street
Benton AR 72014
ethan@nobleslawfirm.com

Dylan J. Botteicher (ABN 2017170)
COX, STERLING, VANDER & BOTTEICHER,
PLLC
8201 Cantrell Rd., Suite 230
Little Rock, AR 72227
(501) 954-8073
Email: djbotteicher@csmfirm.com

ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| REBECCA CLARK, JENNIFER FRASIER and DUSTIN BRADLEY SAVAGE, <br><br> Plaintiffs, <br><br> vs. <br><br> DOLGENCORP, LLC d/b/a DOLLAR GENERAL, <br><br> Defendant. | § § § § § § § § § § § § § <br><br> Civil Action No. 5:24-cv-05133-TLB |

## DECLARATION OF CORY R. FORD IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

I, Cory R. Ford, hereby declare as follows:

1.  I am an attorney at the law firm of McGuireWoods, LLP, 2000 McKinney Avenue, Suite 1400, Dallas, Texas 75201.

2.  I am a resident of Texas.

3.  I am a member in good standing of the State Bar of Texas.

4.  I am admitted to practice before all state courts of competent jurisdiction in the State of Texas. I am admitted to practice before the United States District Court for the Northern, Southern, Eastern and Western District of Texas; and the Fifth Circuit Court of Appeals.

5.  I have maintained my good standing in each of the courts in which I am admitted to practice law. Attached is a certificate of good standing reflecting my good standing.

6.  I have never been the subject of any disciplinary action or investigation by any court or bar.

7.  I have been requested by Defendant, Dolgencorp, LLC, to serve as co-counsel in



this matter.

      8.      I submit to all disciplinary procedures applicable to Arkansas lawyers.

I declare under penalty of perjury that the above is true and correct.

                                                      */s/ Cory R. Ford*  
                                                        Cory R. Ford

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 03, 2024

Re: Cory Ryan Rosenstein-Ford, State Bar Number 24121098

To Whom It May Concern:

This is to certify that Cory Ryan Rosenstein-Ford was licensed to practice law in Texas on October 30, 2020, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web