IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**REBECCA CLARK; JENNIFER FRASIER;**
**and DUSTIN BRADLEY SAVAGE**                                            **PLAINTIFFS**

**V.**                               **CASE NO. 5:24-CV-5133**

**DOLGENCORP, LLC d/b/a**
**DOLLAR GENERAL**                                                        **DEFENDANT**

## ORDER

Before the Court is Defendant's Motion to Compel Arbitration (Doc. 12) and Plaintiffs' Amended Response in Support (Doc. 15). In their Amended Response, Plaintiffs concede that all Plaintiffs signed arbitration agreements with the Defendant,[1] and they seek to withdraw their prior objection to the Motion to Compel. (Doc. 15, p. 2). Moreover, Plaintiffs pray that the Court grant Defendant's Motion to Compel.

Upon due consideration, **IT IS ORDERED** that the Motion to Compel (Doc. 12) is **GRANTED** and the parties are **COMPELLED TO ARBITRATION**. The case is **STAYED** pending arbitration, and the Clerk of Court is **DIRECTED TO ADMINISTRATIVELY TERMINATE THE CASE**. The parties may move to reopen it if further action of the Court is required *after arbitration has concluded*.

**IT IS SO ORDERED** on this 6th day of August, 2024.

*/s/ Timothy L. Brooks*  _____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

---

[1] It appears the Plaintiff made a typographical error in paragraph five of the Amended Response, stating "Plaintiff Clark, of course, entered into an arbitration agreement prior to the date his cause of action against the Defendant arose." (Doc. 15, p. 2). Based on the surrounding context—including the fact that Dustin Savage is the only male plaintiff—the Court construes this paragraph as referring to Plaintiff Savage.